CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

October 29, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**RE: ARREST WARRANT**

Case No. 1:26mj00073

**SEALED**

## MOTION TO SEAL

Comes now the United States of America, by counsel, and moves the Court to place under seal this matter and all papers in this matter until further order of the Court.

Respectfully submitted,

Danielle Stone
VSB No.: 84503
U.S. Attorney's Office
180 West Main Street, Suite B 19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
E-Mail: USAVAW.ECFAbingdon@usdoj.gov