AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
John Thomas Howard

*Defendant*

Case No. 1:26mj00073

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* John Thomas Howard, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy
18 U.S.C. § 545 Smuggling
21 U.S.C. § 331(a) Introduction of misbranded drugs into interstate commerce
21 U.S.C. § 331 (t) importation of a drug in violation of section 801(d)(1) of the FDCA
21 U.S.C. § 331 (aa) Importation of a drug in violation of section 804 of the FDCA

Date: October 29, 2026

*Issuing officer's signature*

City and state: Abingdon, VA

Hon. Scott H. Jones, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________ at *(city and state)* ______________.

Date: ______________

*Arresting officer's signature*

*Printed name and title*