FID: 12037311
2784-1029-0236-J

Western District of Virginia
AO 442 (Rev. 11/11) Arrest Warrant

Date of Receipt: Oct 29, 2026

Time of Receipt: 15:32

Received By: Anthony Johnson DUSM

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
November 09, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

United States of America
v.
John Thomas Howard

*Defendant*

Case No. 1:26mj00073

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* John Thomas Howard, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy
18 U.S.C. § 545 Smuggling
21 U.S.C. § 331(a) Introduction of misbranded drugs into interstate commerce
21 U.S.C. § 331 (t) importation of a drug in violation of section 801(d)(1) of the FDCA
21 U.S.C. § 331 (aa) Importation of a drug in violation of section 804 of the FDCA

Date: October 29, 2026

Scott H. Jones
*Issuing officer's signature*

City and state: Abingdon, VA

Hon. Scott H. Jones, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/29/2026, and the person was arrested on *(date)* 11/08/2026 at *(city and state)* E / MI- Detroit Div. .

Date: 11/09/2026

Jim Satterwhite, SDUSM
*Arresting officer's signature*

* Arrested by CBP while at the Detroit - Canada tunnel

Jim Satterwhite, USMS for FDA
*Printed name and title*